## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AAF-McQuay Inc.

        Plaintiff,                       Civil 07-2132 (PAM/JSM)

v.

                                     **ORDER OF DISMISSAL**

HBA, Inc.

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February   29  , 2008

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson, Judge
                                              United States District Court